UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
LIVIA M. SCOTTO,

                      Plaintiff,                          JUDGMENT
                                                             19-CV-901 (MKB)

     v.

UNITED STATES, et al.,

                      Defendants.
------------------------------------------------------------------------ X

An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on November 20, 2019, dismissing this action without prejudice; it is

ORDERED and ADJUDGED that this action is dismissed without prejudice.

Dated: Brooklyn, NY                                          Douglas C. Palmer
       November 22, 2019                           Clerk of Court

                                                By:    /s/*Jalitza Poveda*
                                                            Deputy Clerk